452 A.2d 1018

**James J. FERRELL, Appellant,**

v.

**Barbara E. MARTIN**

**and**

**Charles L. Huston, III, and Barbara Huston, his wife.**

Supreme Court of Pennsylvania.

Argued Oct. 21, 1982.

Decided Dec. 10, 1982.

Fred T. Cadmus, III, West Chester, for appellant.

George McConchie, Media, for appellees.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

222

## ORDER

**PER CURIAM:**

Appeal dismissed as having been improvidently granted. 276 Pa.Super. 175, 419 A.2d 152.

LARSEN, J., dissents.